**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | |
|---|---|
| **WILLIAM A. MILLER, Administrator of the** Estate of Matthew Tolbert Miller, deceased | **PLAINTIFF** |
| V.                              2:10CV00026-WRW | |
| **PHILIP JAMES, Individually and** d/b/a Greenheads and Labs, a proprietorship, et al | **DEFENDANTS** |
| **CASSIDY ROBERTS and RHODES ROBERTS,** As wrongful death beneficiaries of Rodney Royce Roberts, Deceased, **BRAD CORNELISON AND MCNEIL STANFORD** | **PLAINTIFFS** |
| V.                              3:10CV00092-DPM | |
| **PHILIP JAMES, Individually and** d/b/a Greenheads and Labs, a proprietorship, et al | **DEFENDANTS** |

**ORDER OF CONSOLIDATION**

Pending is Defendants' Motion to Consolidate Cases (2:10CV00026-WRW, Doc. No. 15) to which Plaintiff has not responded. It appears that these cases present common issues; for the convenience of the parties and witnesses, and in the interest of justice, it is:

ORDERED that 2:10CV00026-WRW and 3:10CV00092-DPM be consolidated. The lead case is designated as 2:10CV00026-WRW. All future pleadings will be filed under the lead case, and the Scheduling Order in the lead case now applies to both. Accordingly, these cases are set for a jury trial the week of Tuesday, March 22, 2011, at 9:30 a.m., in Courtroom #314, 612 Walnut, Helena, Arkansas 72342.

IT IS SO ORDERED this 18th day of August, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE