IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM A. MILLER, Individually and as Administrator of the Estate of MATTHEW TOLBERT MILLER, deceased | | PLAINTIFF |
| v. | 2:10CV00026-BRW | |
| PHILIP JAMES, *et al.* | | DEFENDANTS |

## ORDER

Pending is Plaintiff's Motion for Dismissal of *Pro Tanto* Defendants (Doc. No. 49). Plaintiff has settled with *pro tanto* Defendants, and seeks to have them dismissed as parties to this action. Plaintiff's Motion for Dismissal of Pro Tanto Defendants is GRANTED.

Accordingly, Philip James, individually and d/b/a Greenheads and Labs; Kurt James and Walter Sullivan, individually and d/b/a Greenheads and Labs, II, are DISMISSED WITH PREJUDICE from the case.

IT IS SO ORDERED this 20th day of January, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE