IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM A. MILLER, Administrator of the**<br>**Estate of MATTHEW TOLBERT MILLER, Deceased** | **PLAINTIFF** |
| v.  2:10CV00026-BRW<br>(LEAD CASE) | |
| **SAM SCALES MARINE OF STUTTGART, LLC.** | **DEFENDANT** |
| **CASSIDY ROBERTS AND RHODES ROBERTS,**<br>**AS WRONGFUL DEATH BENEFICIARIES OF**<br>**RODNEY ROYCE ROBERTS, Deceased, BRAD**<br>**CORNELISON, AND MCNEIL STANFORD** | **PLAINTIFFS** |
| v.  3:10CV00092-BRW<br>(CONSOLIDATED CASE) | |
| **PHILIP JAMES, *et al.*** | **DEFENDANTS** |

## ORDER

Pending is Plaintiffs' Motion for Dismissal of *Pro Tanto* Defendants (Doc. No. 53). Plaintiffs have settled with *pro tanto* Defendants, and seek to have them dismissed as parties to this action. Plaintiffs' Motion for Dismissal of Pro Tanto Defendants is GRANTED.

Accordingly, Philip James, individually and d/b/a Greenheads and Labs; Kurt James and Walter Sullivan, individually and d/b/a Greenheads and Labs, II, are DISMISSED WITH PREJUDICE from the case.

IT IS SO ORDERED this 21st day of January, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE