IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM A. MILLER, Individually** <br> **and as Administrator of the ESTATE of** <br> **MATTHEW TOLBERT MILLER, Deceased** | **PLAINTIFFS** |
| v.   2:10-CV-00026-BRW <br>   (LEAD CASE) | |
| **SAM SCALES MARINE OF STUTTGART, LLC** | **DEFENDANT** |

___

| | |
|---|---|
| **CASSIDY ROBERTS and RHODES ROBERTS,** <br> as Wrongful Death Beneficiaries of **RODNEY** <br> **ROYCE ROBERTS, Deceased, BRAD CORNELISON,** <br> and **MCNEIL STANFORD** | **PLAINTIFFS** |
| v.   3:10-CV-00092-BRW <br>   (CONSOLIDATED CASE) | |
| **SAM SCALES MARINE OF STUTTGART, LLC** | **DEFENDANT** |

## ORDER

The Plaintiffs are directed to respond to Defendant's Reply to Plaintiff Miller's Response in Opposition to Defendant's Motion for Judgement on the Pleadings and to Dismiss the Negligence Cause of Action with Prejudice (Doc. No. 96). Specifically, the Plaintiffs should address: (1) whether the Decedents had a maintainable cause of action at the time of their deaths, and (2) whether the statute of limitations began running on the date the negligent act occurred or on the date of injury.[1] Plaintiffs should respond no later than 5:00 p.m. on Wednesday, January 11, 2012.

IT IS SO ORDERED this 3rd day of January, 2012

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See Ark. Code Ann. § 16-62-102(a)(1).