IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM A. MILLER, Individually**<br>**and as Administrator of the ESTATE of**<br>**MATTHEW TOLBERT MILLER, Deceased** | **PLAINTIFFS** |
| v.   2:10-CV-00026-BRW<br>(LEAD CASE) | |
| **SAM SCALES MARINE OF STUTTGART, LLC** | **DEFENDANT** |
| **CASSIDY ROBERTS and RHODES ROBERTS,**<br>**as Wrongful Death Beneficiaries of RODNEY**<br>**ROYCE ROBERTS, Deceased, BRAD CORNELISON,**<br>**and MCNEIL STANFORD** | **PLAINTIFFS** |
| v.   3:10-CV-00092-BRW<br>(CONSOLIDATED CASE) | |
| **SAM SCALES MARINE OF STUTTGART, LLC** | **DEFENDANT** |

**ORDER APPROVING SETTLEMENT,
PAYMENT OF FEES AND EXPENSES,
AND DISTRIBUTION OF PROCEEDS**

Pending is the Petition of William A. Miller, Administrator of the Estate of Matthew Tolbert Miller, Deceased (hereinafter, "Administrator"), for Approval of Compromise Settlement and Distribution of Settlement Proceeds (Doc. No. 111). The Court, from the documents and other matters before it, finds that the Petition should be, and is hereby APPROVED, as follows:

1. The Administrator, through Plaintiff's counsel known to the Court, negotiated a settlement with the named defendants and their insurance carrier. The settlement is for the policy limits of the insurance coverage of defendant Sam Scales Marine of Stuttgart, LLC, and the Court finds that the settlement is fair, just and in the best interest of the Estate of Matthew T.

Miller.

2.	The Administrator is authorized to execute all documents necessary to resolve all claims on behalf of the Estate against the named defendants, to effect the settlement and to dismiss the settling defendants from this case.

3.	From the settlement proceeds, the Administrator shall pay the contractual attorneys' fees and expenses due to the Hare Wynn Firm as set forth in the Petition.

4.	The remaining settlement proceeds shall be distributed as set forth in the Petition to the adult heirs-at-law of Matthew Tolbert Miller, Deceased. All of the statutory heirs-at-law have agreed to this distribution, and the Court hereby approves it.

IT IS SO ORDERED this 1st day of February, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE